

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

SANDRA R. STEELE,            CIVIL ACTION
       Appellant              NO. CV07-2126-A

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER    JUDGE DEE D. DRELL
OF SOCIAL SECURITY,                MAGISTRATE JUDGE JAMES D. KIRK
       Appellee

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and that Steele's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 10TH day of FEBRUARY, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE